CHEN, J.

KUO, M.J.    UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

 ☐RIGINAL

SHERRANCE HENDERSON

_____

Write the full name of each plaintiff.

CV CV 18-4776

(Include case number if one has been assigned)

-against-

ERIC SANDERS AND THE SANDERS FIRM, P.C.

_____

_____

_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☑ Yes    ☐ No

 RECEIVED
AUG 20 2018
PRO SE OFFICE

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐  **Federal Question**

☑  **Diversity of Citizenship**

### A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

### B.  If you checked Diversity of Citizenship

#### 1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _SHERRANCE HENDERSON_____ , is a citizen of the State of
(Plaintiff's name)

GEORGIA
_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant,  **ERIC SANDERS**  , is a citizen of the State of
(Defendant's name)

## NEW YORK

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant,  **SANDERS FIRM, PC**  , is incorporated under the laws of

the State of  **New Nork**

and has its principal place of business in the State of  **New York**

or is incorporated under the laws of (foreign state)

and has its principal place of business in  **New York** .

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

Sherrance                                          Henderson
First Name        _6600_        Middle Initial        Last Name

_660_Sugarloaf Pwy, # 400-343
Street Address

Duluth                          Georgia        30097
County, City                    State          Zip Code

646-256-8340                    sherrancehenderson@gmail.com
Telephone Number                Email Address (if available)

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the
correct information is not provided, it could delay or prevent service of the complaint on the
defendant. Make sure that the defendants listed below are the same as those listed in the
caption. Attach additional pages if needed.

Defendant 1:     ERIC            SANDERS
_____
First Name                    Last Name
Attorney At Law
_____
Current Job Title (or other identifying information)
230 Park Ave., Ste. #1000
_____
Current Work Address (or other address where defendant may be served)
NY                            NY              10169
_____
County, City                  State           Zip Code

Defendant 2:     ERIC            SANDERS
_____
First Name                    Last Name

PROFESSIONAL CORPORATION
_____
Current Job Title (or other identifying information)
230 Park Ave., Ste. # 1000
_____
Current Work Address (or other address where defendant may be served)
NY                            NY              10169
_____
County, City                  State           Zip Code

Defendant 3:
_____
First Name                    Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                  State           Zip Code

Defendant 4: _____

First Name                              Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                    State                    Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:  New York and Georgia
_____


Date(s) of occurrence:  April 9, 2017 to the present
_____

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Mental Anguish and Emotional Distress
_____

_____

_____

_____

_____

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

$ 2.2 Million Dollars
_____

_____

_____

_____

_____

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 8/19/2018 | |
| Dated | Plaintiff's Signature |
| Sherrance | Henderson |
| First Name          Middle Initial | Last Name |
| 660 Sugarloaf Pwy., #404-343 | |
| Street Address | |
| Duluth | Georgia          30097 |
| County, City | State          Zip Code |
| 646-256-8340 | sherrancehenderson@gmail.com |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7

# Sherrance Henderson

# Verse

# Attorney Eric Sanders

ATTACHMENT 1

STATEMENT OF FACTS IN SUPPORT OF COMPLAINT

(ATTORNEY ERIC SANDERS CONDUCT)

CONTINUATION STATEMENT OF FACTS

Diversity of Citizenship

When Attorney Eric Sanders accepted this Applicant's Civil Rights Matter for Complaint against Golden Corral Sanders, according to State Bar of New York Rules of Professional Conduct, Rule 1.16(a)(2) Sanders found that Case did in fact have merit. Sanders' conduct in failing to perform his agreed upon Duties and failure to Return the $30,00.00 Payment violates subd (c)(1) the Rules of Professional Conduct, NO WORK had been performed on the Complaint. Sanders Acknowledged the Applicant's Notice of Termination of Representation and; Attorney Sanders Agreed, to in fact, refund this Applicant's $30,000.00 payment. Also see, subd (c)(10) of the above Rules of Professional Conduct, for Clarification.

Further, When the Sander's representation was terminated within the meaning of Rule 1.13(e), he failed to take meaningful steps to the extent reasonably practicable, to avoid foreseeable prejudice to this Applicant. If Sanders had returned the Applicant's Funds as promised, and within time alloted to do so, this Applicant would not have had to sale her personal belonging to survive waiting on Sanders to do so, nor would she seemingly have Loss 2.2 Million Dollars due to Sander's lack of Advocacy, Diligence and Performance related to his being Retained See Rule1.16(c)(4). Sanders should not have accepted the case unless he knew he could perform competently, Promptly and to Completion. See Rule 1.2(c) and Rule 1.3(c)(4).


MEMORANDUM OF POINTS AND AUTHORITIES


28 U.S. Code section 1332- Diversity of Citizenship; amount in controversy; costs

(a)  The District Court shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum value of $75,000.00, exclusive of interest and costs, and is between - (1) Citizens of Different States and (c) (1) For purposes of this section and section 1441 of this title - a Corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated .... where it has its place of business.


New York recognizes a distinct claim for professional malpractice and allows parties to pursue simultaneously a professional malpractice claim and breach of contract claim. See  Santulli -v- Englert, Reilly & McHugh, 78

1   NY2d 700 ( 1992); Also see Robins -v- Finestone, 308 NY 543 ( 1995) } .  That is because a tort claim may

2   be maintained in addition to a contract claim where there ia a "Breach of a Legal Duty Independent of the

3   contract" ( see Sommer -v- Federal Signal Corp., 79 NY2d 540, 551 ( 1992)  Such  an Independent Legal duty

4   may be imposed by law as an incident to the parties' relationship. Professional may be subjected to  tort liability

5   for failure to exercise reasonable care, irrespective of their contractual duties.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CONTINUATION STATEMENT OF FACTS

Diversity of Citizenship

When Attorney Eric Sanders accepted this Applicant's Civil Rights Matter for Complaint against Golden Corral

Sanders, according to State Bar of New York Rules of Professional Conduct, Rule 1.16(a)(2) Sanders found that

Case did in fact have merit. Sanders' conduct in failing to perform his agreed upon Duties and failure to Return the

$30,00.00 Payment violates subd (c)(1) the Rules of Professional Conduct, NO WORK had been performed on the

Complaint. Sanders Acknowledged the Applicant's Notice of Termination of Representation and; Attorney Sanders

Agreed,  to in fact, refund this Applicant's $30,000.00 payment. Also see, subd (c)(10) of the above Rules of

Professional Conduct, for Clarification.

Further, When the Sander's representation was terminated within the meaning of Rule 1.13(e), he failed to

take meaningful steps to the extent reasonably practicable, to avoid foreseeable prejudice to this Applicant. If

Sanders had returned the Applicant's Funds as promised, and within time alloted to do so, this Applicant would

not have had to sale her personal belonging to survive waiting on Sanders to do so, nor would she seemingly have

Loss 2.2 Million Dollars due to Sander's lack of Advocacy, Diligence and Performance related to his being Retained

See Rule1.16(e)(4). Sanders should not have accepted the case unless he knew he could perform competently,

Promptly and to Completion. See Rule 1.2(c) and Rule 1.3(c)(4).


MEMORANDUM OF POINTS AND AUTHORITIES


28 U.S. Code section 1332- Diversity of Citizenship; amount in controversy; costs

(a)   The District Court shall have original jurisdiction of all civil actions where the matter in controversy

exceeds the sum value of $75,000.00, exclusive of interest and costs, and is between - (1) Citizens of Different

States and (c) (1) For purposes of this section and section 1441 of this title - a Corporation shall be deemed to be

a citizen of every State and foreign state by which it has been incorporated .... where it has its place of business.


New York recognizes a distinct claim for professional malpractice and allows parties to pursue simultaneously

a professional malpractice claim and breach of contract claim. See  Santulli -v- Englert, Reilly & McHugh, 78

1  | NY2d 700 ( 1992); Also see Robins -v- Finestone, 308 NY 543 ( 1995) } . That is because a tort claim may

2  | be maintained in addition to a contract claim where there ia a "Breach of a Legal Duty Independent of the

3  | contract" ( see Sommer -v- Federal Signal Corp., 79 NY2d 540, 551 ( 1992)  Such  an Independent Legal duty

4  | may be imposed by law as an incident to the parties' relationship. Professional may be subjected to  tort liability

5  | for failure to exercise reasonable care, irrespective of their contractual duties.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case 1:18-cv-08473-LTS-BCM   Document 1   Filed 08/29/2018   Page 14 of 32

lawyer and working out a deal with a buyer that was approved by Golden Corral. Let me tell you quickly Golden Corral endorse a franchisee to purchase the Poughkeepsie store. The Poughkeepsie store is my business. This was presented to the TD bank. The bank would not return phone calls, agree to allow the approved by fire by the franchisor to purchase the business for the full value of the loan which at that time was 3.4 million dollars. Mr. Patel was or rather is the franchisee that wanted to purchase the Poughkeepsie Golden Corral. If the bank was acceptable of receiving the full amount of 3.4 million dollars, my house would have been saved. During this time my commercial lawyer Bill kugelman wanted to communicate with Eric Sanders. He wanted to work as a team with him to entice and to stimulate the bank to be cooperative. They all agreed that I had been discriminated against due to my raise, my gender, my ability and Etc and he wanted to work with Eric as a team 2 get TD Bank in a position that they would not feel empowered to continue to cause more injury to the situation of Golden Corral terminating my license. Eric would make a phone call, Eric wouldn't even allow me to tell Bill who he was meaning his name and offer telephone number, Eric also did not do any type of notice or anyting to allow or rather to announce that I had a civil rights lawyer who was filing a discriminatory lawsuit in federal court on my behalf against Golden Corral, TD Banks, and the SBA. Basically Eric hit on a rock. Bill kugelman was extremely upset and stated that this lawyer seems like a charlatan because lawyers don't act this way. Eric standard says that if he speaks with Bill all bill is trying to do is raqqa billing hours and he doesn't care so he's not going to talk to him and he's not going to share his legal strategy. In a nutshell nothing was done and TD Bank continued in financially causing injury to me by demanding to sell my property and refused to sell the property at full value to mr. Patel. At the end of the day TD bank accepted an offer from my landlord and a cash amount of $500,000 and the landlord would pay off liens and the amount of about $250,000. My house was foreclosed and they stated that it was their financial right to do so and their financial right not to allow me to sell it because they said it had no equity. Of course they had no equity because they were trying to sell it for the full amount of the loan which is 3.4 million dollars. However if they had accepted the final offer from mr. Patel they would have received 3.7 million dollars. Let me explain. My house is going to be on the market for 1.7 million dollars. Patel was going to buy the business for basically 2.8 million dollars. The excess of the amount of my house being sold would have allowed me to buy a new home pay the debt that is needed to be paid for the business or and for myself and it would allow me to start over again. The bank didn't want this because that would have given me an opportunity to hire appropriate legal counsel and to go after them. So they had to financially destroy me so I would have no money to fight them. My house is foreclosed on March 3rd. It was auctioned. I'm sure if it was sold or not. I'm certain it wasn't so because they were seeking the full amount of the loan for a home that really was only worth 1.75 million dollars or so. So now they have a house that they're going to have have to re- auction and of course they will not get even close to that amount because it's a foreclosed property.

Lost of house 1.75mil

2. I've had to pawn some jewelry items just to make it by. I pawned my 7 carat diamond tennis bracelet appraised value with $16,800. I plawed it for $1,000.

I used the money to help me move into a home that my mom is renting out. I couldn't find a place to rent because of the recent bankruptcy of chapter 11 application.

2. I pawned my pearlmaster Rolex diamond watch for $14,000. Please note I'm making payments on both.

3. Porsche panorama received $3,000 for the sale. I paid $110,000 for the car. The cash value of the car is $64,000. 2016 Porsche, panorama.

4. I'm selling clothes, purses and whatever I can get money for. I am destitute.

5. I lost my children's life policy. Their whole life policy that I've been paying on it since they were about 4 months of age. Each policy was a million dollars for each child with New York Life. All this could have been avoided if I could have sold my home and and received some cash from the sale of my home. It is very difficult now for my children to get a policy from a brand like New York life because they both have autism.

If I had gotten my $30,000 back it would have saved my Porsche and I would have been able to get my pearlmaster Rolex watch out of the pawn shop as well as my diamond bracelet. My pearlmaster I pay $700 a month to keep it active and my diamond bracelet I pay $164 a month.


Total amount lost 2.2milion dollars.

Sherrance

ATTACHMENT 2

RULES OF PROFESSIONAL CONDUCT, RULE VIOLATIONS
(ATTORNEY ERIC SANDERS MISCONDUCT ALLEGATIONS)

Continuation of GRIEVANCE COMMITTEE COMPLAINT FORM - ALLEGATIONS: ( Sherrance Henderson)

When Attorney Eric Sanders accepted this Applicant's Civil Rights Matter for Complaint against Golden Corral Sanders, according to State Bar of New York Rules of Professional Conduct, Rule 1.16(a)(2) Sanders found that Case did in fact have merit. Sanders' conduct in failing to perform his agreed upon Duties and failure to Return the $30,00.00 Payment violates subd (c)(1) the Rules of Professional Conduct, NO WORK had been performed on the Complaint. Sanders Acknowledged the Applicant's Notice of Termination of Representation and; Attorney Sanders Agreed, to in fact, refund this Applicant's $30,000.00 payment. Also see, subd (c)(10) of the above Rules of Professional Conduct, for Clarification.

Further, When the Sander's representation was terminated within the meaning of Rule 1.13(e), he failed to take meaningful steps to the extent reasonably practicable, to avoid foreseeable prejudice to this Applicant. If Sanders had returned the Applicant's Funds as promised, and within time alloted to do so, this Applicant would not have had to sale her personal belonging to survive waiting on Sanders to do so, nor would she seemingly have Loss 2.2 Million Dollars due to Sander's lack of Advocacy, Diligence and Performance related to his being Retained See Rule 1.16(e)(4). Sanders should not have accepted the case unless he knew he could perform competently, Promptly and to Completion. See Rule 1.2(c) and Rule 1.3(c)(4).

Dated _____                                                    Respectfully submitted

Sherrance Henderson

Complainant

In Pro Per

1 of 1

ATTACHMENT 3

DISCHARGED – DOCUMENTATION

(Request For Refund)

(ATTORNEY ERIC SANDERS MISCONDUCT ALLEGATIONS)

**From:** sherrance henderson < sherrancehenderson@gmail.com>
**Sent:** March 6, 2018 3:09:00 PM EST LTS-BCM    Document 1    Filed 08/20/18    Page 18 of 32
**To:** esanders@thesandersfirmpc.com
**Subject:** Termination can request for return of retainer

Dear Eric,

Your legal duties have been formally terminated.

On February 24th, 2018, I requested for the return of my funds if you were not going to do what you were employed to do. On February 24th, 2018, you replied stated that you were returning my funds minors cost to review the case. Please note, that never signed a retainer.
My funds were requested to be sent to the below address at

6600 Sugarloaf Parkway, 400 - 343
Duluth, Georgia 30097.

It is yet to be sent.

I am formally asking for all of my money to be returned. Please note you do not have a signed retainer from me and you have not billed in accordance with the law for me to review or reject any of your billing alleged hours.

On or about April 2017, you received a bank check of $30,000. At that time you never stated that it would take you or year or more to file. You assured me clearly and directly that you were going to work on this swiftly and start the process and file a federal civil rights violation with other causes in federal court. I agree to this but there has been "NO" action basically within a year. I never agreed to this at any time. Since I'm your client you cannot make a decision on my behalf without my agreement. That what was done.

By law you must retain my retainer and not use it at your will without my permission. So it is not a hardship for you to return my money since nothing has been done and you as a embracer of the law have followed the code of ethic pertaining to " maintaining of client funds in a retained account." You have five (5)calendar days to return the money to the

above address from this date of 3/6/2018. If I do not have my returned money in full by March 12th or If you delay, I will contact and file a grievance in accordance and the processes in the pathway to have my retainer returned in full and will victoriously work with the disciplinary board to seek disciplinary actions against you.

I thank you in advance for your cooperation and acknowledgement of this email. This letter will be sent certified mail as well as Federal Express on 3/6/2018. Thank you graciously!

Best,

Sherrance Henderson

ATTACHMENT  4

RETAINER'S AGREEMENT

Request For Refund

(ATTORNEY  ERIC  SANDERS )



THE
SANDERS FIRM, PC

New York City Office
230 Park Avenue, Suite 1000
New York NY 10169
B: 212-808-6515
F: 212-729-3062

Yonkers Office
73 Market Street, Suite 376
Yonkers NY 10710
B: 914-226-3400
F: 914-920-3192

April 9, 2017

Pres. And CEO Sherrance  Henderson
Cornucopia Queen, Inc.
dba Golden Corral
24 Polly Drummond Hill Road
Newark, DE 19711

## RETAINER AGREEMENT

### I.    LEGAL SERVICES FEE

This Retainer Agreement will confirm the agreement between "You," the "Client" and THE SANDERS FIRM, P.C., the "Firm." "You," the "Client," have agreed to retain the "Firm" in connection with asserting your civil rights. The "Firm" will handle and represent "You," the "Client" throughout the entire investigation regarding alleged violations of your civil rights and related claims against the Golden Corral Corporation, their agents, employees and related parties.

After assessing the alleged claims, the investigation may result in the filing of one or more actions in the United States District Court for the Southern District of New York or other court of general jurisdiction. The legal course of action including the benefits and risks will be discussed with the "Client" however, the final decision as to which legal course of action to undertake will be determined by "Firm." The "Client" agrees the final decision as to which legal course of action to undertake will be determined by the "Firm."

"You," the "Client" will remit to the "Firm," a Legal Services Fee of $30,000.00, for its acceptance of "You," as a "Client," for the purposes of investigating alleged violations of your civil rights and related claims against the Golden Corral Corporation, their agents, employees and related parties.

**The Legal Services Fee WILL NOT be credited against any recovery of legal fees awarded through a settlement demand, fee petition or the Contingency Fee.**

This Retainer Agreement will cover:

- the filing of one or more actions against the Golden Corral Corporation, their agents, employees and related parties covering any and all available claims under federal, state and local laws including the aforementioned as noted above in the United States District Court for the Southern District of New York or other court

of general jurisdiction. (FLAT Legal Services Fee of $30,000.00, will cover the time related to the aforementioned actions including appearances, motions, discovery, trial and/or post-trial activities. However, this FLAT Legal Services Fee DOES NOT cover Costs and Disbursements as defined in Section III of this Retainer Agreement)

**"You," the "Client," agree that any Legal Services Fees due and owed to the "Firm" not paid within fifteen (15) days of receipt of the invoice will incur a monthly charge of one and one-half percent (1.5%) compound interest until PAID IN FULL.**

**"You," the "Client," agree, that if you present a financial instrument to the "Firm" such as a check, money order and/or credit card, for the payment of Legal Services Fees as defined in Paragraph I, that is dishonored then "You," the "Client," agree to reimburse the "Firm" for any service related fees.**

II.    COURT AWARDS

During the course of the representation, these matters will be billed in accordance with the "Firm" Schedule of Fees. If during the course of the representation an appropriate administrative agency, court or interested party grants the "Firm" additional Legal Services Fees and/or Costs and Disbursements pursuant to a demand or fee petition in these matters, the calculations will be based upon the following Schedule of Fees:

| | | |
|---|---|---|
| 1. | Hourly rate of Senior Attorneys/Partners | $ 825.00; |
| 2. | Hourly rate of Senior Associates | $ 525.00; |
| 3. | Hourly rate of Associates: | $ 475.00; |
| 4. | Hourly rate of Paralegals/Support Staff: | $ 175.00; |

5.    All other Costs and Disbursements billed against these matters will reflect the actual costs (no markups) incurred by the "Firm," with the exception of internal printing, photocopying, and scanning costs that will be billed at .12 cents per page; and

6.    The additional Legal Services Fees and/or Costs and Disbursements as outlined in this paragraph applies regardless of any other monies owed and/or received pursuant to the Contingency Fee as defined in Paragraph IV hereafter.

III.    COSTS AND DISBURSEMENTS

"You," the "Client," agree to pay the "Firm" at each stage of this matter, all Costs and Disbursements associated with these matters as incurred by the "Firm." This may include, but is not limited to, filing fees, service fees, sworn depositions fees, expert fees, printing, photocopying[1], scanning, emailing, etc.

"You," the "Client," agree to place monies in The Sanders Firm, P.C.'S IOLA Trust Account for the aforementioned purposes, the amount to be determined in the future not to

---

[1] Printing, photocopying and scanning costs are billed at a rate of .12 cents per page.

exceed $5,000.00. The "Client" further agrees that if The Sanders Firm, P.C.'S IOLA Trust Account is depleted in accordance with this section, the "Client" will continue to place monies in The Sanders Firm, P.C.'S IOLA Trust Account until the case is resolved. If The Sanders Firm, P.C. does not use all of the monies in The Sanders Firm, P.C.'S IOLA Trust Account, then "You," the "Client," will promptly receive a refund to your last legal mailing address. Throughout the representation, The Sanders Firm, P.C., will ensure that "You," as the "Client," will receive a detailed accounting of all monies used in connection with this legal matter.

Failure to place monies into The Sanders Firm, P.C.'S IOLA Trust Account is a material breach of this Retainer Agreement and may result in The Sanders Firm, P.C., withdrawing from the representation in accordance with the New York Lawyer's Code of Professional Responsibility.

**"You," the "Client," agree that any Costs and Disbursements due and owed to the "Firm" not paid within fifteen (15) days of receipt of the invoice will incur a monthly charge of one and one-half percent (1.5%) compound interest until PAID IN FULL.**

**"You," the "Client," agree, that if you present a financial instrument to the "Firm" such as a check, money order and/or credit card, for the payment of Costs and Disbursements as defined in Paragraph III, that is dishonored, then "You," the "Client," agree to reimburse the "Firm" for any service related fees.**

## IV.    CONTINGENCY FEE

"You," the "Client" have further agreed if during the representation in these matters result in a settlement agreement, jury and/or a judicial award, then "You," the "Client" agrees to pay the "Firm," thirty-three and one-third (33 1/3%) of any monies so received, as a Contingency Fee.

## V.    RIGHTS AND RESPONSIBILITIES

"You," the "Client" agrees that other members of the "Firm" and/or other members hired by the "Firm," may perform substantial work on this matter and/or appear on your behalf. This may occur due to time conflicts, illness, and/or attention to other matters.

"You," the "Client" agrees that you have an affirmative obligation to keep the "Firm" informed as to any changes such as change of assignments or decrease in compensation that may influence the outcome of your matter

"You," the "Client" agrees that the "Firm" shall keep you informed as to the progress of your matter. Your matter and its progress are open to "You," the "Client," for your physical inspection with advance notice to the "Firm."

"You," the "Client" agrees that you are aware of the unique hazards of handling matters, and that despite the best efforts of the "Firm," the "Firm" **CANNOT** guarantee a result. However, the "Firm" will handle your matter expeditiously and efficiently in accordance with its

goal to provide the highest legal and ethical standards.

"You," the "Client" agrees that if these matters are ready for hearing(s) and/or trial, any outstanding monies due and owed to the "Firm" must be **PAID IN FULL** otherwise, the "Firm" reserves the right to move to terminate the Attorney-Client relationship[2] consistent with DR 2-

---

[2] **DR 2-110 [1200.15] Withdrawal from Employment**

A. In general

1. If permission for withdrawal from employment is required by the rules of a tribunal, a lawyer shall not withdraw from employment in a proceeding before that tribunal without its permission.

2. Even when withdrawal is otherwise permitted or required under section DR 2-110 [1200.15] (A)(l), (B), or (C), a lawyer shall not withdraw from employment until the lawyer has taken steps to the extent reasonably practicable to avoid foreseeable prejudice to the rights of the client, including giving due notice to the client, allowing time for employment of other counsel, delivering to the client all papers and property to which the client is entitled and complying with applicable laws and rules.
3. A lawyer who withdraws from employment shall refund promptly any part of a fee paid in advance that has not been earned.

B. Mandatory withdrawal

A lawyer representing a client before a tribunal, with its permission if required by its rules, shall withdraw from employment, and a lawyer representing a client in other matters shall withdraw from employment, if:

1. The lawyer knows or it is obvious that the client is bringing the legal action, conducting the defense, or asserting a position in the litigation, or is otherwise having steps taken, merely for the purpose of harassing or maliciously injuring any person.

2. The lawyer knows or it is obvious that continued employment will result in violation of a Disciplinary Rule.

3. The lawyer's mental or physical condition renders it unreasonably difficult to carry out the employment effectively.

4. The lawyer is discharged by his or her client.

C. Permissive withdrawal.

Except as stated in DR 2-110 [1200.15](A), a lawyer may withdraw from representing a client if withdrawal can be accomplished without material adverse effect on the interests of the client, or if:

1. The client:

a. Insists upon presenting a claim or defense that is not warranted under existing law and cannot be supported by good faith argument for an extension, modification, or reversal of existing law.

b. Persists in a course of action involving the lawyer's services that the lawyer reasonably believes is criminal or fraudulent.

c. Insists that the lawyer pursue a course of conduct which is illegal or prohibited under the Disciplinary Rules.

d. By other conduct renders it unreasonably difficult for the lawyer to carry out employment effectively.

110.

    In any event, the "Firm," will enforce its rights under N.Y. Jud. Law § 475, to enforce an attorney lien upon these matters for recovery of its Legal Services Fees, Contingency Fees and Costs and Disbursements.

## VI.    TERMINATION OF THIS AGREEMENT

    "You," the "Client" agrees that if you elect to prematurely terminate this Retainer Agreement prior to the completion of all legal services contemplated by the "Firm," then "You," the "Client" will be promptly billed in accordance with the Schedule of Fees as specified in Paragraph II herein.

    In any event, the "Firm," will enforce its rights under N.Y. Jud. Law § 475, to enforce an attorney lien upon these matters for recovery of its Legal Services Fees, Contingency Fees and Costs and Disbursements.

    **"You," the "Client," agree that any outstanding Legal Services Fees, Contingency Fees and Costs and Disbursements due and owed to the "Firm" not paid within fifteen (15) days of receipt of the invoice will incur a monthly charge of one and one-half percent (1.5%) compound interest until PAID IN FULL.**

    **"You," the "Client," agree, that if you present a financial instrument to the "Firm" such as a check, money order or credit card, for the payment of Legal Services Fees, Contingency Fees and Costs and Disbursements as defined in Paragraphs I through IV, that is dishonored then "You," the "Client," agree to reimburse the "Firm" for any service related fees.**

## VII.    APPEALS

---

e. Insists, in a matter not pending before a tribunal, that the lawyer engage in conduct which is contrary to the judgment and advice of the lawyer but not prohibited under the Disciplinary Rules.

f. Deliberately disregards an agreement or obligation to the lawyer as to expenses or fees.

g. Has used the lawyer's services to perpetrate a crime or fraud.

2. The lawyer's continued employment is likely to result in a violation of a Disciplinary Rule.

3. The lawyer's inability to work with co-counsel indicates that the best interests of the client likely will be served by withdrawal.

4. The lawyer's mental or physical condition renders it difficult for the lawyer to carry out the employment effectively.

5. The lawyer's client knowingly and freely assents to termination of the employment.

6. The lawyer believes in good faith, in a proceeding pending before a tribunal, that the tribunal will find the existence of other good cause for withdrawal.

This Retainer Agreement does cover any appeals.

VIII.    ARBITRATION

"You," the "Client" agrees that if a Fee Dispute arises, you may have the right to arbitration of such dispute pursuant to Part 137 of the Rules of the Chief Administrator of the Courts, a copy of which is available upon request.

Sincerely,

Eric Sanders

SIGNED AND ACCEPTED ON THE ABOVE TERMS

_____          _____
Sherrance Henderson                      Date

ATTACHMENT  5


REFUND DISUCCION/  NO WORK PRODUCT SHOW

(4/9/2017 through 7/4/2017)

(Email Documents)

( ATTORNEY  ERIC  SANDERS MUST PAY REFUND )

230 Park Avenue, Suite 1000

New York, NY 10169

B: 212-808-6515

F: 212-729-3062


**Yonkers Office**

73 Market Street, Suite 376

Yonkers, NY 10710

B: 914-226-3400

F: 914-920-3192


Website: thesandersfirmpc.com

TSFPCLogo150x39


From: sheronceh@aol.com [mailto:sheronceh@aol.com]
Sent: Tuesday, July 4, 2017 2:27 PM
To: esanders@thesandersfirmpc.com
Subject: Golden Corral


Good day Mr. Sanders,

Thank you for your swift response yesterday pertaining to the Foreclosure documents and responding to them. Ideally, if you weren't going to respond to them I would have appreciate it and email and I would have adjusted my legal response accordingly knowing that you would not be able to assist me.

Yes I am aware that I have contracted you to work on suing Golden Corral and possibly others under that lawsuit. Thank you also for letting me know that I. have a 6 year statue of suing Golden Corral and others under that umbrella. Moving forward, I need to address a time frame when you're going to submit papers to me for review and what's the next step. As of yet I haven't even seen a first draft of the needed paperwork to file any form of legal action against GC& et al. Are you willing to offer me a date when you're going to forward me the rough draft for review? I spoke with you about 2 weeks ago and you said that you were going to get the papers together for me to review and we would start the following process. As of yet I'm still waiting.

I am respectful and understanding that you have other cases that are/may be time sensitive and important. However, I employed an attorney, you Mr. Sanders and I gave my life savings to seek some form of restitution against the people that have caused me great harm. My case, in my eyes, is very time-sensitive and important.

I'm nor being disrespectful or badgering you with constant enquiries but I would like something moving forward swiftly within the next 5-7 days. I understand your strategy of waiting to see what Golden Corral and TD does but that is not working because I'm in foreclosure and most likely I will lose my home. I'm aware that your legal actions will not prevent or sustain me from keeping my home but I gave my money to you so I can have some form of emotional satisfaction and possibly some monetary winnings that I'm not going to accept their unjust treatment. I employed someone like yourself to let them know that I'm not alone and I'm not going to take their actions that are not good business practices.

I am on food stamps and my children have Medicaid, I'm going to a step down program for what I've been diagnosed with severe depression. Mr Sanders I'm going through a lot and I need this to move forward swiftly. Please let me know if you

S. Henderson

Sent from AOL Mobile Mail

---

**sheronceh@aol.com** <sheronceh@aol.com>                              Thu, Mar 22, 2018 at 12:01 PM
To: strategicplanning2@gmail.com

Sent from AOL Mobile Mail

From: Eric Sanders <esanders@thesandersfirmpc.com>
Date: Wednesday, July 5, 2017
Subject: RE: Golden Corral
To: sheronceh <sheronceh@aol.com>

Look, you aren't following sound legal advice. For some reason, you have it in your mind Golden Corral cares about litigation, they don't. They have all the resources in the world to fight you. You have limited resources to fight them. You have even less if you take on other parties. I'm trying to ensure your losses are covered to save whatever assets you have left. So far, you have sought the legal advice of these other lawyers resulting in the raiding your monies and entering into bad deals. The lawsuit will be filed when I think it's in your best interest, not before. If you cannot accept that, I will return your monies forthwith and wish you luck.

**ERIC SANDERS, ESQ**

Attorney & Counselor at Law

**New York City Office**

230 Park Avenue, Suite 1000

New York, NY 10169

B: 212-808-6515

F: 212-729-3062

**Yonkers Office**

73 Market Street, Suite 376

Yonkers, NY 10710

B: 914-226-3400

F: 914-920-3192

Website: thesandersfirmpc.com

TSFPCLogo150x39

 Gmail

Louis Francis <strategicplanning2@gmail.com>

## Fwd: RE: Golden Corral

4 messages

---

**sheronceh@aol.com** <sheronceh@aol.com>                                    Thu, Mar 22, 2018 at 12:01 PM
To: strategicplanning2@gmail.com

Sent from AOL Mobile Mail

From: sheronceh <sheronceh@aol.com>
Date: Wednesday, July 5, 2017
Subject: RE: Golden Corral
To: esanders <esanders@thesandersfirmpc.com>

Mr. Sanders,

I think we have a misunderstanding. My issue is not with the strategy that has been put forth it is basically I don't have a rough draft to review to move to the next process of being filed.

My home is in foreclosure and I have a sales date auction. The bank has rejected the offer from the buyer and he gave a higher amount and the bank is still up in the air about moving forward but TD sales date is firm.

Are you able to provide a rough draft in the next 5 to 7 days? Are you able to offer me a date of when you will provide a rough draft? Please note I respect you and I admire your legal success and Bulldog Style but if you can't then I must find another lawyer. I simply cannot go on like this without something/ notice NOT being stated and let them continue to destroy me. I await your reply.

Sent from AOL Mobile Mail

On Tuesday, July 4, 2017 Eric Sanders <esanders@thesandersfirmpc.com> wrote:

Good Afternoon Ms. Henderson:

I'm empathetic about your personal welfare but, I'm constantly adjusting the legal strategy based upon your representations to me. Namely, hoping a sale of the moth-balled business will go through saving your personal residence. The Golden Corral litigation will take years to resolve. It's not necessarily time sensitive. I choose to decline and conference with your commercial attorney based upon your representations to me. Why would I discuss your legal strategies with someone you don't trust? See, I can simply take the legal position avoiding any appearances of malpractice by filing a lawsuit without any investigation, consideration of the sale of the moth-balled business or your personal residence. However, that would likely jeopardize the sale of the moth-balled business and your personal residence. What would you like me to do? If you're uncomfortable with the legal representation, please let me know and I will return your monies.

**ERIC SANDERS, ESQ**

Attorney & Counselor at Law

**New York City Office**

Claim #_____

# The Lawyers' Fund for Client Protection
### of the State of New York

## APPLICATION FOR REIMBURSEMENT

---

**Instructions:**

**You must answer every question in this application. Incomplete applications will be returned.** If space is inadequate, attach additional pages.

You must provide us with: copies of all evidence that proves your loss, such as cancelled checks, receipts, letters, closing statements, disciplinary and criminal complaints, etc.

Mail the completed application and supporting documentation to: The Lawyers' Fund for Client Protection, 119 Washington Avenue, Albany, New York 12210.

---

1. Your Name and Address: ☐ Mr. ☐ Mrs. ☐ Miss ☑ Ms.          Age(s) *69*

   Name: *SHERRANCE HENDERSON*

   Address: *660 SugarLoaf Pwy. # 400-343, Duluth, Georgia, 3009*

   Home Telephone: *646-256-8340*    Social Security or Federal Tax ID #: *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*

   Business Telephone: *Same As Above*    Occupation and Employer:

2. Name, address and telephone number of the attorney who has dishonestly taken your money or property:

   *Eric Sanders, 230 Park Ave., #1000, NY, NY 10169*

3. What legal services did you ask this attorney to perform for you?

   *File Federal Actions against the Golden Corral Corp. for all claims under Federal, and Local Laws, in U.S.D.C. So. Dist. N.Y. ... for Flat Legal Service Fee of $30,000.00.*

4. How much did you pay this attorney? *$30,000.00*

5. Was your agreement with the attorney in writing?  Yes ✔  No_____ . If Yes, attach a copy of the agreement. *See Attached Retainer Agreement dated 4/9/2017*

6. Did your loss involve: ☑ money  ☐ other property? Specify:

7. What is the amount of your loss? *$2.2 Million*

8. Provide the date when your loss occurred:

9. When and how did you discover your loss? *See Attached Page.*

10. Describe the attorney's dishonest conduct:

*SEE ATTACHED PAGE(S)*

11. This loss has been reported to:    ☐ District Attorney        ☐ Attorney Grievance Committee
    ☐ Police

    Attach a copy of your complaint and any response received. *The Applicant has not yet decided to file a report. She's wants to first seek reimbursement through the State Bar of N.Y.*

12. Describe what steps you have taken to recover your loss from the dishonest attorney:
    *The Applicant has made formal email request for a refund.*

13. Can your loss be reimbursed from other source, such as insurance, fidelity bonds or surety agreements?
    Yes _____    No *✓*    Don't know _____ . If Yes, describe the source:

14. State other facts that you believe are important to the Fund's consideration of your claim: *See attached page(s).*

15. How did you learn about the Lawyers' Fund for Client Protection? *Online Research*

16. Name, address and telephone number of your present attorney: *None*

17. You must attach copies of receipts, cancelled checks and other documents that prove your loss.
    *See email from Attorney acknowledging $30,000 payment.*

- *Court Rules do not permit attorneys who help clients process claims with the Fund to charge legal fees for that service, except with the permission of the Fund's Board of Trustees.*

- *Should you receive an award from the Fund, the facts relating to your loss become a public record.*

- *The Fund's Regulations can be found at 22 NYCRR 7200.*

I (We) verify and affirm, *under penalty of perjury*, that the information provided in this application is true.

_3/27/2018_
Date

_____
Signature of Claimant

_____
Signature of Claimant

11/05

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHERRANCE HENDERSON

⬚ ORIGINAL

Plaintiff(s),

-against-

Docket No: _____CV_____(      )(      )

NOTICE OF PRO SE APPEARANCE

ERIC SAANDERS AND THE  SANDERS FIRM, PC

Defendant(s).

I hereby enter an appearance on my own behalf in this action and request:

(please check one option below)

☐ that all future correspondence be mailed to me at the address below, or

☑ that all future correspondence be e-mailed to me at the e-mail address below. I have completed the attached Consent to Electronic Service.

I understand that if my address or e-mail address changes, I must immediately notify the Court and all parties.

sherrancehenderson@gmail.com

☑ Plaintiff
☐ Defendant

Name (Last, First, MI)

660 Sugarloaf Pwy, # 400          Duluth,          Georgia          30097

Address                                    City                    State                Zip Code

646-256-8340                                                    sherrancehenderson@gmail.com

Telephone Number                                            e-mail address

8/19/2018

Date                                                                 Signature

RECEIVED

AUG 2 0 2018

PRO SE OFFICE