UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
HENDERSON,

                                                                                                                    No. 18 CV 8473-LTS-BCM

                    Plaintiff,

         -against-                                                              ORDER

SANDERS, et al.,

                    Defendants.
--------------------------------------------------------x

         By order dated October 17, 2019, (Docket Entry No. 48), the Court directed that Plaintiff's opposition memorandum to the pending motion to dismiss would be deemed a motion for leave to amend upon filing of a proposed amended complaint. By order dated November 15, 2019, the Court set a briefing schedule for the motion to amend the complaint, requiring Plaintiff to file her proposed amended complaint by December 13, 2019, providing for an opposition deadline of January 8, 2020, and a reply deadline of January 24, 2020. (Docket Entry No. 51.) The docket reflects the December 17, 2019, filing of Plaintiff's proposed First Amended Complaint (Docket Entry No. 52) and no further activity. Because Plaintiff is pro se and it is unclear whether the proposed amended complaint was received by mail, the Court deems the filing of the proposed amended complaint timely. Defendant's time to oppose the proposed amendment is extended to **August 7, 2020**, and Plaintiff's time to reply is extended to **August 31, 2020**.

In light of the current public health crisis, parties proceeding pro se are encouraged to submit all filings by email to Temporary_Pro_Se_Filing@nysd.uscourts.gov.  Instructions for filing by email are located at https://nysd.uscourts.gov/forms/instructions-filingdocuments-email.  For more information, including instructions on this new email service for pro se parties, please visit the Court's website at nysd.uscourts.gov.

SO ORDERED.

Dated: New York, New York
July 15, 2020

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge