**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SHERRANCE HENDERSON,

                Plaintiff,

  -against-                                 18 **CIVIL** 8473 (LTS)(BCM)

## JUDGMENT

ERIC SANDERS, ET AL.,

                Defendants.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated October 7, 2020, Plaintiff's motion for leave to amend the complaint is denied and Defendant's motion to dismiss the complaint is granted. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, this case is closed.

**Dated:** New York, New York

    October 7, 2020

                                                     **RUBY J. KRAJICK**

                                                     **Clerk of Court**

                         **BY:**      _K. Mango_

                                                     **Deputy Clerk**